# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD MCNALLY, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>RETAILMENOT, INC., C. THOMAS BALL, JEFFREY M. CROWE, ERIC KORMAN, JULES A. MALTZ, GOKUL RAJARAM, GREG J. SANTORA, BRIAN H. SHARPLES, TAMAR YEHOSHUA, and G. COTTER CUNNINGHAM,<br><br>                  Defendants. | Case No. 1:17-cv-00550<br><br>CLASS ACTION |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION FOR AN AWARD OF FEES AND EXPENSES AND VOLUNTARY DISMISSAL OF THE ABOVE ACTION

Plaintiff Edward McNally ("Plaintiff"), by and through his attorneys, respectfully withdraws his Motion for Plaintiff's Application for an Award of Fees and Expenses ("Fee Motion") [DI 23], filed on May 26, 2017. Plaintiff further voluntarily dismisses, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned action, with prejudice to himself only, and without prejudice as to the remaining claims of the Class.

Dated: July 17, 2017

| | |
|---|---|
| **OF COUNSEL:**<br><br>**FARUQI & FARUQI, LLP**<br>James M. Wilson, Jr.<br>685 Third Avenue, 26th Fl.<br>New York, NY 10017<br>Tel.: (212) 983-9330<br>Fax: (212) 983-9331<br>Email: jwilson@faruqilaw.com<br><br>**MONTEVERDE & ASSOCIATES PC** | **FARUQI & FARUQI, LLP**<br><br>By: */s/ Michael Van Gorder*<br>Michael Van Gorder (#6214)<br>20 Montchanin Road, Suite 145<br>Wilmington, DE 19807<br>Tel: (302) 482-3182<br>Email: mvangorder@faruqilaw.com<br><br>*Attorney for Plaintiff* |

Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 601-2610
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*